# EXHIBIT 1

**Copyright.gov**

## Registration Record Va0001910379

### Abstract Rainbow - Serendipity.

**Registration Number / Date:**
VA0001910379 / 2013-10-09
**Type Of Work:**
Visual Material
**Title:**
Abstract Rainbow - Serendipity.
**Application Title:**
**Date Of Creation:**
2008
**Date Of Publication:**
2008-12-22
**Copyright Claimant:**
**Authorship On Application:**
**Description:**
photos of paintings, 18p.
**Nation Of First Publication:**
United States
**Names:**

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Copyright.gov**

Registration Record Va0001934591

**Abstract Cutthroat - Yellowstone.**

**Registration Number / Date:**
VA0001934591 / 2014-10-23
**Type Of Work:**
Visual Material
**Title:**
Abstract Cutthroat - Yellowstone.
**Application Title:**
**Contents:**
**Date Of Creation:**
2009
**Date Of Publication:**
2009-03-23
**Copyright Claimant:**
**Authorship On Application:**
**Description:**
Photograph.
**Nation Of First Publication:**
United States
**Names:**

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Copyright.gov**

Registration Record Va0001934603

**4 In 1 Full - Brown.**

**Registration Number / Date:**
VA0001934603 / 2014-10-23
**Type Of Work:**
Visual Material
**Title:**
4 in 1 Full - Brown.
**Application Title:**
**Date Of Creation:**
2009
**Date Of Publication:**
2009-07-16
**Copyright Claimant:**
**Authorship On Application:**
**Description:**
Photograph.
**Nation Of First Publication:**
United States
**Names:**

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

# VA 1-934-676

**Effective date of registration:**

October 23, 2014

## Title

**Title of Work:** Abstract Brown Rusty Spinner

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 27, 2012    **Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung
c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN, 55402, United States

## Certification

**Name:** Timothy C. Matson
**Date:** October 23, 2014
**Applicant's Tracking Number:** 40215-01

---

**Correspondence:** Yes

**Registration #:** VA0001934676
**Service Request #:** 1-1830231802

Lommen Abdo, P.A.
Timothy C. Matson
1000 International Centre
920 Second Avenue So.
Minneapolis, MN 55402  United States

Copyright.gov

Registration Record Va0001934684

**Fab Four - Alaska.**

**Registration Number / Date:**
VA0001934684 / 2014-10-23
**Type Of Work:**
Visual Material
**Title:**
Fab Four - Alaska.
**Application Title:**
**Date Of Creation:**
2012
**Date Of Publication:**
2012-12-20
**Copyright Claimant:**
**Authorship On Application:**
**Description:**
Photograph.
**Nation Of First Publication:**
United States
**Names:**

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
# VA 1-934-744
**Effective date of registration:**
October 23, 2014

## Title
**Title of Work:** Contemporary Brook Trout Illustration

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** March 3, 2010    **Nation of 1st Publication:** United States

## Author
- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Derek DeYoung
c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN, 55402, United States

## Certification
**Name:** Timothy C. Matson
**Date:** October 23, 2014
**Applicant's Tracking Number:** 40215-01

---

**Correspondence:** Yes

Page 1 of 1

**Registration #:** VA0001934744
**Service Request #:** 1-1830232123

Lommen Abdo, P.A.
Timothy C. Matson
1000 International Centre
920 Second Avenue So.
Minneapolis, MN 55402  United States

Copyright.gov

## Registration Record Va0001992855

### 4 In 1 - Northern Rockies, Et Al.

**Registration Number / Date:**
VA0001992855 / 2014-06-16
**Type Of Work:**
Visual Material
**Title:**
4 in 1 - Northern Rockies, et al.
**Application Title:**
**Contents:**
**Date Of Creation:**
2014
**Date Of Publication:**
2014-05-06
**Copyright Claimant:**
**Authorship On Application:**
**Basis Of Claim:**
4 in 1 Northern Rockies is all new artwork; revised 2-D artwork for Abstract Rainbow flank Purple - Updated.
**Pre-Existing Material:**
some artwork of Abstract Rainbow flank Purple previously registered.
**Description:**
Sheets.
**Nation Of First Publication:**
United States
**Names:**

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has

established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see [How to Investigate the Copyright Status of a Work (Circular 22)](). For information on removing personal information from Copyright Office public records, refer to [Privacy: Public Copyright Registration Records(Circular 18)]().

Copyright.gov

Registration Record Va0002076204

**Permitopia.**

**Registration Number / Date:**
VA0002076204 / 2016-08-15
**Type Of Work:**
Visual Material
**Title:**
Permitopia.
**Application Title:**
**Date Of Creation:**
2015
**Date Of Publication:**
2015-04-22
**Copyright Claimant:**
**Authorship On Application:**
**Description:**
Sheet.
**Nation Of First Publication:**
United States
**Names:**

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

     **Registration #:** VA0002076270
   **Service Request #:** 1-3875614787

Fox Rothschild LLP
Timothy C. Matson
222 So. 9th St., Ste. 2000
Minneapolis, MN 55402 United States

Registration Number
**VA 2-076-270**
**Effective Date of Registration:**
August 15, 2016

## Title

**Title of Work:** 4 Panel – Brown October

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 11, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek DeYoung
c/o Fox Rothschild LLP, 222 So. 9th St., Ste. 2000, Minneapolis, MN, 55402, United States

## Certification

**Name:** Timothy C. Matson
**Date:** April 03, 2017
**Applicant's Tracking Number:** 166783

---

**Correspondence:** Yes

Page 1 of 1

Copyright.gov

Registration Record Va0002101364

**Cubist Brown.**

**Registration Number / Date:**
VA0002101364 / 2017-09-15
**Type Of Work:**
Visual Material
**Title:**
Cubist Brown.
**Application Title:**
**Date Of Creation:**
2017
**Date Of Publication:**
2017-07-26
**Copyright Claimant:**
**Authorship On Application:**
**Description:**
Sheet.
**Nation Of First Publication:**
United States
**Names:**

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

      **Registration #:**  VA0002273038
**Service Request #:**  1-10815374251

Revision Legal, PLLC
8051 Moorsbridge Rd
Portage, MI 49024 United States

**Registration Number**
# VA 2-273-038
**Effective Date of Registration:**
September 29, 2021
**Registration Decision Date:**
October 25, 2021

## Title

    **Title of Work:**  Ripples

## Completion/Publication

    **Year of Completion:**  2008
    **Date of 1st Publication:**  August 18, 2008
    **Nation of 1st Publication:**  United States

## Author

-     **Author:**  Derek DeYoung
    **Author Created:**  2-D artwork
    **Work made for hire:**  No
    **Citizen of:**  United States
    **Domiciled in:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Canvasfish.com, LLC
    14895 SHIPMAN RD, Traverse City, MI, 49686, United States
    **Transfer statement:**  By written agreement

## Certification

    **Name:**  Amanda Osorio
    **Date**:  September 29, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-910-379**

Effective date of registration:

October 9, 2013

---

## Title

**Title of Work:** Abstract Rainbow - Serendipity

4 in 1 #4
Abstract Rainbow - Stimulator
4 in 1 â€" Face
4 in 1 Face â€" Bright
Abstract Brown Flank
Abstract Cutthroat â€" White Jaw
Abstract Steelie - Chromer
Dripping Steelie
Dripping Pearl
Dream Double 2
Abstract Brown â€" Flashback Pheasant
4 in 1 Full #3
Abstract Brookie â€" Grey Wolf
Abstract Tarpon Face â€" Red Streamer
Abstract Tarpon Flank
Abstract Crazy Rainbow
4 in 1 #5

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** December 22, 2008    **Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung
c/o Lommen, Abdo, Cole, King & Stageberg, P.A., 80 So. 8th Street, Suite 2000, Minneapolis, MN, 55402, United States

Page 1 of 2